**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV496-02-MU**

| | |
|---|---|
| GEORGE LEE FARLOW, JR.,<br>    Plaintiff,<br><br>     v.<br><br>JACK W. STEWART, Private At-<br>  torney, <u>et al</u>.,<br>    Defendants. | <u>ORDER</u> |

**THIS MATTER** comes before the Court on Plaintiff's document captioned as a "Motion For An Substantial [Q]uestion to the [J]urisprudence to the United States," filed October 28, 2008 (document # 8).

By this document, Plaintiff asks this Court to appoint the "Honorable United States Judge Tim Ellis to adjudicate Plaintiff's 1983 Action for this Court."  However, inasmuch as this Court previously denied Plaintiff's request that the under-signed recuse himself, and Plaintiff's civil rights Complaint already has been dismissed (by an Order filed October 31, 2008), the instant Motion hereby is <u>dismissed</u> as moot.

**SO ORDERED.**

Signed: March 9, 2010

Graham C. Mullen
United States District Judge